**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00808-REB-CBS

DAWN ZIMMERMAN,

    Plaintiff,

v.

OSI COLLECTION SERVICES, INC., a Delaware corporation,

    Defendant.

## DISMISSAL ORDER

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal With Prejudice** [#16] filed August 29, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#16] filed August 29, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for July 10, 2009, is **VACATED**;

3. That the jury trial set to commence July 27, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 2, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**